IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                          4:09-CR-00278-06-BRW

JOSE LUIS ESCOTA MOYA

## ORDER

Pending is Defendant's *pro se* Motion to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 331).

Defendant was held responsible for 13.794 kilograms of methamphetamine, and his Guidelines range was 292 to 365 months.[1]  Because I felt that Guidelines range was a bit high, I sentenced Defendant to 200 months in prison.

Contrary to the assertions in Defendant's motion, his Guidelines range has not changed since his sentencing on January 6, 2012, and he is not entitled to a sentencing reduction under 18 U.S.C. § 3582(c).

Accordingly, the Motion to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 331) is DENIED.

IT IS SO ORDERED this 4th day of July, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 327.